UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS ESTRELLA,

    Plaintiff,

v.                                                    Case No.: 8:14-cv-02624-JDW-AEP

LTD FINANCIAL SERVICES, L.P.,

    Defendant.
_____/

## DECLARATION OF DAVID JOHN

On this day, July 13, 2015, I, David John, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1. My legal name is David John.

2. I am over the age of 18 and am otherwise competent to make this Declaration.

3. I have been an employee of LTD FINANCIAL SERVICES, L.P. ("LTD") since 5-1-2002.

4. My current position with LTD is Senior Vice President.

5. The information contained in this declaration is based upon my personal knowledge gained through my employment with LTD, as well as my review of relevant business records.[1]

6. All telephone calls placed by LTD to telephone number 646-342-1634 during the time period beginning September 14, 2010 through the date of this Declaration were

---

[1] All documents reviewed in preparation of this Declaration were made in the regular course of LTD's business and it was the regular course of LTD's business to make such records within a reasonable time of the transactions or occurrences reflected in the documents.

made through the use of LTD's "point and click" function as described by me during my deposition taken in the above styled action on March 18, 2015.

7. LTD made no telephone calls to telephone number 646-342-1634 during the time period beginning September 14, 2010 through the date of this Declaration using an artificial or prerecorded voice.

Executed on this 13 day of July, 2015.

_____
DAVID JOHN