UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THOMAS ESTRELLA**

**Plaintiff**                                          CIVIL ACTION 8:14-cv-02624-JDW-AEP

v.                                                    FILE NO.

**LTD FINANCIAL SERVICES, LP**

**Defendant**

_____/

### DECLARATION OF THOMAS ESTRELLA

BEFORE ME, undersigned authority, personally appeared THOMAS ESTRELLA, who, after being duly sworn, deposes and says:

1. My name is THOMAS ESTRELLA, I am over eighteen (18) years of age and legally competent to make this statement.

2. I have been assigned cell phone number 646-342-1634 since approximately 2005 through 2015.

3. I have been in possession of this cell phone and in control of this cell phone from 2005 through to this day.

4. At all times, I have been responsible for the cell phone bill associated with the number 646-342-1634.

5. The Defendant called my cell phone number 646-342-1634, repeatedly, in excess of twenty five times, with an automated telephone-dialing system during the last four years.

6. During each of the calls from the Defendant there was a pre-recorded message when I answered my cell phone.

7. I was never advised by any of the Defendant's agents what account that they were calling about when they called my cell phone, number 646-342-1634, repeatedly, in what I believe to be in excess of twenty-five times, with an automated telephone-dialing system without my consent.

8. I could tell Defendant used and automated telephone-dialing system every time that they called as there would be delays and clicks upon my answering the calls, as well as, pre-recorded messages.

9. I did not give my above referenced telephone number to Defendant.

10. I did not give my above referenced telephone number to any of Defendant's underlying clients who it Defendant was attempting to collect a debt on behalf of.

11. I did not consent to be called by an automated telephone dialing system.

12. I never gave Defendant permission to call my cell phone with an automated telephone dialing system.

13. I did not give Defendant's underlying creditors or associates permission to call my cell phone with an automated dialing system.

14. I did not give verbal or written consent for the Defendant to call my cell phone with an automated telephone dialing system or a predictive dialer.

15. In fact, I specifically instructed Defendants in writing on July 28, 2014 not to call my cell phone as when Defendant started initiating contact by calling my cell phone with an automated telephone dialing system or predictive dialer repeatedly.

16. Even after I informed the Defendants that I did not want them to contact my cell phone, as indicated above, Defendants continued to contact me by calling my cell phone repeatedly,

with an automated telephone dialing system or predictive dialer and leaving pre-recorded messages.

17. Defendant's continued calls were not only annoying, but harassing in nature, and continued after I had specifically asked Defendant not to call my cell phone with an automated telephone dialing system or predictive dialer.

18. To my knowledge, I have never signed any document giving Defendant, or anyone associated with any of the Defendants, permission call my cell phone with an automated telephone dialing system or predictive dialer.

19. Likewise, I have never knowingly agreed to be the subject of any auto-dialing campaign.

20. Defendant never asked for permission to call my cell phone with an automated telephone dialing system.

21. No underlying party or company associated with Defendant ever asked for my permission to call my phone with an automated telephone dialing system nor did any person or company associated with Defendant ever inform me that I would be receiving calls to my cell phone with an automated telephone dialing system to my above referenced cell phone.

22. Further, even if Defendant obtained my cell phone number by some lawful purpose, the fact remains that I repeatedly instructed Defendant to stop calling my above referenced phone, yet Defendant continued to make the offending calls, ignoring my cease and desist instructions.

23. I have read Defendant's motion for summary judgment and I can attest that certain facts stated by Defendant are wholly inaccurate. Defendant is also misstating facts with respect to the claim that there is a lack of evidence in regards to the use of an automated dialer, as there would be a prolonged silence and what I would describe as "clicks" when the calls were answered, which evidences the autodialed nature of the calls.

24. I am a consumer. I do not believe I owed Defendant any money. I did not give Defendant permission to call my cell phone with an automated dialer and I did knowingly provide my number to these institutions with the intention of being "robocalled". Lastly, I asked for the offending calls to stop and Defendant refused, as such the calls were harassing and annoying and entirely unwanted.

Further Affiant Sayeth Naught this __22nd__ day of May, 2015, in Clearwater, Pinellas County, Florida

_____
THOMAS ESTRELLA, Affiant

**Notary Stamp/Seal:**

I HEREBY CERTIFY that on this _____ day of May 2015, sworn to and subscribed to before me, an officer duly authorized in the State of Florida and the County of Pinellas to take acknowledgments, personally appeared _____ to me known to be the person described herein or who produced _____ as identification and who executed the foregoing instrument, under oath and penalties of perjury.

_____